
RECEIVED
IN LAKE CHARLES, LA
JUL 27 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES H. FONTENOT, ET AL** | : | **DOCKET NO. 03 1960** |
| **VS.** | : | **JUDGE MINALDI** |
| **ONE BEACON AMERICA INSURANCE CO, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED, and DECREED, that the the defendants' Motion for Summary Judgment [doc. 39] be GRANTED, the plaintiffs Motion for Summary Judgment [doc. 45] be DENIED and the entirety of the plaintiffs claim against the defendant be DISMISSED.

This 27th day of July, 2005.

PATRICIA MINALDI

UNITED STATES DISTRICT COURT